United States District Court
District of Massachusetts

|                                      |   |                          |
|--------------------------------------|---|--------------------------|
| NEW ENGLAND GEN-CONNECTION, LLC,     | ) |                          |
|     Plaintiff,                       | ) |                          |
|     v.                               | ) | Civil No.<br>16-12096-NMG |
| CENTRAL MAINE DIESEL, IS, INC.,      | ) |                          |
|     Defendant.                       | ) |                          |

### ORDER

The "Joint Motion for Permeant [sic] Injunction" (Docket No. 30) is **DENIED** without prejudice because the "[Proposed] – Permeant [sic] Injunction" (Docket No. 28):

1)  is not in the form of an injunction which can be executed by a judicial officer on behalf of the issuing court but rather is drafted in the form of a stipulation;

2)  includes several typographical errors that render it unfit for endorsement; and

3)  contains irrelevant information to the extent it purports to base this Court's jurisdiction on the plaintiff's place of organization and principal place of business because jurisdiction over a limited liability company depends upon the residences of its members, not other factors.

When and if the parties submit pleadings that have been proofread and a proposed permanent injunction in proper form for execution, the motion will be reconsidered.

So ordered.

                                  /s/ Nathaniel M. Gorton
                                Nathaniel M. Gorton
                                United States District Judge

Dated: September 12, 2017